United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC BROWN, | § | |
|  Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03690 |
| | § | |
| GENESIS FINANCE, | § | |
|  Defendant. | § | |

# ORDER

On October 21, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 15). Judge Bennett filed a Memorandum and Recommendation on March 7, 2025, recommending that Plaintiff's Petition for Vacatur of Arbitration Award be denied, Plaintiff's Motion for Judicial Notice be denied, Defendant's Motion in Limine be denied, Defendant's Motions to Vacate be denied, and Defendant's Motion to Confirm Arbitration Award be granted. (Dkt. 39).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Bennett's Memorandum and Recommendation (Dkt. 39) is **APPROVED and ADOPTED** in its entirety as the holding of the Court.

It is so **ORDERED**.

SIGNED at Houston, Texas on April 2, 2025.

                                                  GEORGE C. HANKS, JR.
                                        UNITED STATES DISTRICT JUDGE